IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES THOMAS SMITH,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4497

Opinion filed August 15, 2014.

An appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

James Thomas Smith, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

PADOVANO, THOMAS, and CLARK, JJ., CONCUR.